UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL DURAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1400 JCH |
| ) | |
| CHRISTOPHER ANDREW, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Extension of Time for the Completion of Discovery, filed January 12, 2010. (Doc. No. 64). Upon consideration, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time for the Completion of Discovery (Doc. No. 64) is **GRANTED**, and the Case Management Order in this matter is altered as follows:

1. The parties shall complete all discovery in this case no later than **February 15, 2010**.

2. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **March 1, 2010**. Opposition briefs shall be filed no later than **April 1, 2010**, and any reply shall be filed no later than **April 12, 2010**. In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response thirty (30) days after the filing of the dispositive motion. A reply may be filed ten (10) days after the filing of the response. Briefing of such motions shall be governed by E.D.Mo. L.R. 4.01.

4. This action is set for a **JURY** trial on **June 7, 2010**, at **9 a.m.**

All other provisions of the May 20, 2009, Case Management Order remain in effect.

Dated this 14th day of January, 2010.

            /s/ Jean C. Hamilton
            UNITED STATES DISTRICT JUDGE