UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL DURAN, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>CHRISTOPHER ANDREW, )<br>)<br>Defendant(s). ) | Case No. 4:08CV1400 JCH |

**ORDER**

    **IT IS HEREBY ORDERED** that the parties' responses to motions in limine are due no later than **12:00 p.m.** on **Wednesday, June 2, 2010**.

    **IT IS FURTHER ORDERED** that a hearing on the parties' motions in limine will be held on **Monday, June 7, 2010**, at **9:00 a.m.** in the courtroom of the undersigned.

Dated this 27th day of May, 2010.

                                           /s/ Jean C. Hamilton
                                           UNITED STATES DISTRICT JUDGE