UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL DURAN, | ) | |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Case No. 4:08CV1400 JCH |
| CHRISTOPHER ANDREW, | ) ) ) | |
| Defendant(s). | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties' responses to motions in limine are due no later than **12:00 p.m.** on **Wednesday, June 2, 2010**.

**IT IS FURTHER ORDERED** that a hearing on the parties' motions in limine will be held on **Monday, June 7, 2010**, at **9:00 a.m.** in the courtroom of the undersigned.

Dated this 27th day of May, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE