# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

DANIEL DURAN

        Plaintiff(s),

        v.                              CASE NUMBER:    4:08-CV-1400 JCH

CHRISTOPHER ANDREW

        Defendant(s).

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment as a matter of law is entered for Defendant Christopher Andrew and against Plaintiff Daniel Duran and all claims of Plaintiff's complaint are Dismissed.

                                              James G. Woodward
                                              CLERK

June 8, 2010
DATE                                       /s/ C. Long
                          By:
                                        DEPUTY CLERK